Patrick J. Boyle (NJ Bar 036081997)
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
24th Floor
New York, New York 10020
(212) 307-5500 (telephone)
(212) 307-5598 (facsimile)
PBoyle@Venable.com
*Attorneys for Petitioner*
*Chronic Disease Fund, Inc.*

KARI M. LARSON
Senior Litigation Counsel
KAVITHA BONDADA
Trial Attorney
U.S. Department of Justice, Tax Division
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 616-3822
             (202) 307-6536
Fax:         (202) 514-6866
Email:       Kari.M.Larson@usdoj.gov
             kavitha.bondada@usdoj.gov
*Counsel for Respondent United States of America*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| CHRONIC DISEASE FUND, INC., <br><br> Petitioner, <br><br> --against-- <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civil Action No. 17-1082-JMV-JBC |

**[PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION FOR STAY
OF PETITION AND MOTION TO ENFORCE**

Upon consideration of the Joint Motion and Stipulation for a Stay (the "Joint Motion") and for good cause shown, it is on this 27th day June , 2017, ORDERED that the Joint Motion is GRANTED. The above-captioned action shall be stayed for 90 days while the parties conduct settlement negotiations arising out of the Petition [ECF No. 1] and Motion to Enforce [ECF No. 6].

On or before September 15, 2017, the Parties shall file a joint status report stating whether: a) the stay should remain in place, in which case the Parties will identify the further length of time for which they believe a stay is appropriate; or b) the stay shall be lifted. Should the controversy be resolved in the interim, the Parties shall advise the Court, and CDF shall withdraw its petition.

The motion to enforce [Docket Entry No. 6] shall be administratively terminated. Said motion shall be refiled, if and when the stay is lifted.

BY THE COURT:

*[signature]*

The Hon. James B. Clark III, ~~U.S.D.J.~~ U.S.M.J.

[This Order terminates Docket Entry Nos. 6 and 8.]

2