Patrick J. Boyle (NJ Bar 036081997)
Jessie Beeber
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
24th Floor
New York, New York 10020
(212) 307-5500 (telephone)
(212) 307-5598 (facsimile)
PBoyle@Venable.com
JBeeber@venable.com
*Attorneys for Petitioner*
*Chronic Disease Fund, Inc.*

KARI M. LARSON
Senior Litigation Counsel
KAVITHA BONDADA
Trial Attorney
U.S. Department of Justice, Tax Division
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 616-3822
              (202) 307-6536
Fax:          (202) 514-6866
Email:        Kari.M.Larson@usdoj.gov
              kavitha.bondada@usdoj.gov
*Counsel for Respondent United States of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| CHRONIC DISEASE FUND, INC.<br><br>Petitioner,<br><br>--against--<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | Civil Action No. 17-1082-JMV-JBC |

## STIPULATION OF DISMISSAL

Petitioner, Chronic Disease Fund d/b/a Good Days and Respondent, the United States of America jointly stipulate to the dismissal of the Petition to Quash IRS Summons Issued to Third Party Johnson & Johnson, [ECF No. 1], and Motion to Enforce IRS Summons [ECF No. 6], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c). The parties further stipulate that the summons at issue is enforced with respect to the documents Johnson & Johnson has already produced, and will not be further enforced. Each party shall bear its own fees and costs.

Accordingly, the Court may now administratively close this case.

Dated: September 3, 2019

VENABLE LLP
By: /s/ Patrick J. Boyle
Patrick J. Boyle (NJ Bar 036081997)
Jessie Beeber
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
Email:  PBoyle@venable.com
Email:  JBeeber@venable.com
*Attorneys for Petitioner Chronic Disease Fund, Inc.*
*admitted *pro hac vice*

CRAIG CARPENITO
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By:     /s/ Kari M. Larson
KARI M. LARSON
Senior Litigation Counsel
KAVITHA BONDADA
Trial Attorney

        U.S. Department of Justice, Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-3822
           (202) 307-6536
Facsimile: (202) 514-6866
Email: kari.m.larson@usdoj.gov
       Kavitha.bondada@usdoj.gov
*Counsel for Respondent United States of America*

Case 2:17-cv-01082-JMV-JBC   Document 31   Filed 09/03/19   Page 4 of 4 PageID: 513